**Order filed August 18, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00574-CV
_____

**WESTVIEW DRIVE INVESTMENTS, LLC AND JACK YETIV, Appellants**

**V.**

**LANDMARK AMERICAN INSURANCE CO., KING-PHILLIPS INSURANCE AGENCY, INC. AKA INSURTRUST INSURANCE, AND GREGORY MCGEHEE, Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-47829**

---

## ORDER

On July 14, 2016, this court issued an order to the Harris County District Clerk to file a supplemental clerk's record by July 24, 2016. The court has not received the supplemental clerk's record.

Accordingly, the Harris County District Clerk is ordered to file the ordered supplemental record by **August 29, 2016**, containing the following document:

- Show cause order signed April 21, 2015.

If the requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the item is not a part of the case file.

PER CURIAM